## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL KEELING,               :   No. 22 EM 2019
                               :
                  Petitioner   :
                               :
                               :
                               :
           v.                  :
                               :
                               :
                               :
PENNSYLVANIA DEPARTMENT OF     :
TREASURY,                      :
                               :
                  Respondent   :


## ORDER


**PER CURIAM**

    **AND NOW**, this 1st day of August, 2019, the "Petition for Review of Appeal from the Commonwealth Court" is DENIED.